ROY C. WHITE V. STATE OF NEBRASKA.

FILED NOVEMBER 7, 1930. No. 27571.

*George N. Gibbs* and *Halligan, Beatty & Halligan,* for plaintiff in error.

*C. A. Sorensen, Attorney General, L. Ross Newkirk* and *F. L. Bollen, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Roy C. White for a review of the judgment of the district court for McPherson county wherein he was convicted upon a charge of possession of a still and mash.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.